## SLEDGE et al. v. BRISCOE.

No. 4131. Opinion Filed January 26, 1915.

*Error from District Court, Stephens County;*

*Frank M. Bailey, Judge.*

Action by G. C. Briscoe against D. T. Sledge and Hetty M. Sledge. Judgment for plaintiff, and defendants bring error. Dismissed.

Opinion by BREWER, C. This cause was filed in this court June 25, 1912. The plaintiffs in error have filed no brief, and no reason has been given for their failure to do so. Therefore the appeal should be dismissed under rule seven (38 Okla. vi, 137 Pac. ix) of this court.

By the Court: It is so ordered.